ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152


TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy                Date: 3/24/2020
      by Order of Judge Alvin K. Hellerstein


Archibald A. Walker v. The Prudential Insurance Company of America, et al. – 19 Civ. 7286 (AKH)


The IPTC previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for an initial PTC.

        Date : June 26 , 2020
        Time: 10:00 am
        Place: U.S. Courthouse - Southern District of New York
             500 Pearl Street
             Courtroom 14D
             New York, New York 10007


        So Ordered,

        _____/s/_____

        **Alvin K. Hellerstein**
        United States District Judge