

So ordered.  Time to respond to the amended complaint is enlarged to April 16, 2020.  By order dated March 23, 2020, (ECF No. 38), the conference has been adjourned.

/s/ Alvin K. Hellerstein
3/25/2020

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

abell@seyfarth.com
T (212) 218-5532

www.seyfarth.com

March 24, 2020

**VIA ECF AND FAX (212-805-7942)**

Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    **Archibald Walker v. The Prudential Insurance Company of America, et al.
Case No.: 1:19-cv-07286-AKH (S.D.N.Y.)**

Dear Judge Hellerstein:

    We write on behalf of Defendants, The Prudential Insurance Company of America and The Bank of New York Mellon Corporation (collectively "the Defendants"), pursuant to Your Honor's Individual Rules and Local Rule 7.1(d), to request an extension of time for Defendants to move, answer or otherwise respond to Plaintiff's Amended Complaint, through April 16, 2020 (Defendants' current deadline to respond is March 26, 2020) and to adjourn the April 3, 2020 initial conference until a later date that is convenient for the Court. Plaintiff's counsel consents to this request.

    Due to the COVID-19 pandemic, Defendants are unable to access certain information that is located in an office in New York and that cannot be accessed remotely in order to respond to certain allegations in the Amended Complaint. Therefore, Defendants respectfully request that their deadline to respond to the Amended Complaint be extended through April 16, 2020.

    Because this request to extend the response deadline would affect the April 3, 2020 initial conference, Defendants also respectfully request that the Court adjourn the April 3, 2020 initial conference for a later time.

    This is Defendants' first request for an extension of time to move, answer or otherwise respond to Plaintiff's Amended Complaint, and it is made in good faith and not to cause delay. Again, Plaintiff's counsel consents to the extension request and the adjournment of the initial conference.

    We thank the Court for its time and consideration.

62731430v.2



        Respectfully submitted,

        SEYFARTH SHAW LLP

        */s/ Alnisa S. Bell*

        Alnisa S. Bell

cc:    Scott Glen Goldfinger, Esq. (via ECF delivery)