

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

abell@seyfarth.com
T (212) 218-5532

www.seyfarth.com

April 8, 2020

**VIA ECF AND FAX (212-805-7942)**

Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
500 Pearl Street, Room 1050
New York, NY 10007

So ordered.

/s/ Alvin K. Hellerstein
4/9/2020

    Re:    **Archibald Walker v. The Prudential Insurance Company of America, et al.
Case No.: 1:19-cv-07286-AKH (S.D.N.Y.)**

Dear Judge Hellerstein:

    We write on behalf of Defendants, The Prudential Insurance Company of America and The Bank of New York Mellon Corporation (collectively "the Defendants"), pursuant to Your Honor's Individual Rules and Local Rule 7.1(d), to request an extension of time for Defendants to move, answer or otherwise respond to Plaintiff's Amended Complaint, through May 7, 2020 (Defendants' current deadline to respond is April 16, 2020).

    Due to the COVID-19 pandemic, Defendants are unable to access certain information that is located in an office in New York and that cannot be accessed remotely in order to respond to certain allegations in the Amended Complaint. Therefore, Defendants respectfully request that their deadline to respond to the Amended Complaint be extended through May 7, 2020.

    This request to extend the response deadline would not affect the June 26, 2020 initial conference set by the Court. This is Defendants' second request for an extension of time to move, answer or otherwise respond to Plaintiff's Amended Complaint, and it is made in good faith and not to cause delay. Plaintiff's counsel consents to the extension request.

    We thank the Court for its time and consideration.

                                   Respectfully submitted,

                                     SEYFARTH SHAW LLP

                                   */s/ Alnisa S. Bell*

                                   Alnisa S. Bell

cc:    Scott Glen Goldfinger, Esq. (via ECF delivery)

63115519v.1