UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :

ARCHIBALD A. WALKER,                         :

                                                 :     **ORDER**
                          Plaintiff,     :

       v.                                         :     19 Civ. 7286 (AKH)
                                               :

PRUDENTIAL INSURANCE COMPANY OF   :
AMERICA and BANK OF NEW YORK        :
MELLON CORPORATION,                        :
                                               :
                          Defendants.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:      July 22, 2020                                  /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                      United States District Judge